**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MARILYN ROBINSON**                                                **CIVIL ACTION**

**VERSUS**                                                                        **NO. 23-885-JWD-RLB**

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

**NOTICE**

      Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

      In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

      NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

      Signed in Baton Rouge, Louisiana, on June 20, 2024.

                                             **RICHARD L. BOURGEOIS, JR.**
                                             **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARILYN ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-885-JWD-RLB** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY** | |

## REPORT

This Report and Recommendation is issued *sua sponte*. Plaintiff initiated this action on or about August 27, 2023, naming as defendant Allstate Vehicle and Property Insurance Company. (R. Doc. 1). Plaintiff has made no other filings since the filing of the Complaint almost 10 months ago and summons were not requested. On April 25, 2024, the Court entered an Order to Show Cause instructing plaintiff to show cause, in writing, why her claims asserted against Allstate Vehicle and Property Insurance Company, should not be dismissed because of her failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m). (R. Doc. 6). Plaintiff was advised that failure to file a written response to the Order within the time allowed may result in the dismissal of her claims against defendant without further notice from the Court. A review of the Court's record reflects that plaintiff has not filed a response to the Court's order to show cause.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that Plaintiff's Complaint be dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Signed in Baton Rouge, Louisiana, on June 20, 2024.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**