# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MARILYN ROBINSON**                                     **CIVIL ACTION**

**VERSUS**                                                       **NO. 23-885-JWD-RLB**

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 20, 2024 (Doc. 7), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint is dismissed without prejudice for failure to serve the defendant within the time allowed by Fed. R. Civ. P. Rule 4(m).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 9, 2024.

_____

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**